UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UBALDO GARCIA,
                             Plaintiff,

                -against-                          23 Civ. 7628 (LGS)

                                                  ORDER
    QANOON, CORP, et al.,
                             Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated October 13, 2023, required the parties to file a status letter on December 18, 2023, as outlined in Individual Rule III.D.3;

       WHEREAS, the parties failed to submit the letter. It is hereby

       **ORDERED** that, by **January 10, 2024**, the parties shall file the joint letter.

Dated: January 3, 2024
       New York, New York

                                                        LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE